UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARY SCHERER,<br><br>              Plaintiff-Appellant,<br><br> v.<br><br>SMI HOTEL, LLC, a California Limited Liability Company,<br><br>              Defendant-Appellee,<br><br> and<br><br>DOES, 1-10,<br><br>              Defendant. | No.   21-55815<br><br>D.C. No. 8:21-cv-00619-DOC-ADS<br>Central District of California, Santa Ana<br><br>ORDER |

The parties' stipulated motion (Docket Entry No. 27) for voluntary dismissal

is granted.  This appeal is dismissed.  Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo